IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| KAMIYA JACQUISE SIMPSON, | * | CASE NO. 20-31834 |
| | * | |
| Debtor. | * | CHAPTER 13 |

### DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CASE

COMES NOW the Debtor, and respectfully requests that this Honorable Court enter an Order dismissing the instant Chapter 13 bankruptcy case and states the following:

1. Debtor originally filed for relief under Chapter 13 of the Bankruptcy Code on August 24, 2020.

2. The Debtor's circumstances have changed since filing and she must now dismiss the instant Chapter 13 case.

WHEREFORE, the Debtor requests an Order dismissing the above bankruptcy case without prejudice.

RESPECTFULLY SUBMITTED the 5 day of August, 2021.

_____
Kamiya J. Simpson
Debtor

/s/ Spencer W. Jones
Spencer W. Jones [JON191]
Attorney for Debtor
Post Office Box 311167
Enterprise, AL 36331-1167
(334) 393-4357 TELEPHONE
(334) 393-0026 FAX
bankruptcy@brockandstoutlaw.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing to the Bankruptcy Administrator and Chapter 13 Trustee by electronic noticing in accordance with the local rules of the Bankruptcy Court this 5th day of August, 2021.

/s/ Spencer W. Jones
Spencer W. Jones [JON191]
Attorney for Debtor